▮▮▮▮ In the Matter of NEW CREATION FELLOWSHIP OF BUFFALO, Respondent, v BOARD OF ASSESSMENT REVIEW et al., Appellants. (Appeal No. 2.) [735 NYS2d 461] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of New Creation Fellowship of Buffalo v Board of Assessment Review* (289 AD2d 1067 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—RPTL.) Present—Pine, J. P., Wisner, Scudder, Kehoe and Gorski, JJ.